5-14-10

Sheila Robinson
408 Leslie Street
Newark NJ 07112

10-2491 (JLL)

V

Newark Police Department
31 Green Street
Newark N.J. 07102

2010 MAY 14 P 4: 03   U.S. DISTRICT COURT

Cause of Action: Malious Prosecution, False imprisonment, intentional violation of constitutional + civil Rights, physical Injury, vendetta conspiracy, Intentional violation of constitutional Right to be free from un Reasonable searches, Intentionally-intent to cause physical harm, Newark police - intentionally interfering of Rights for Police Assistance –

Demand: Cease + Decease of future vendetta attacks Cease + Decease of future intentional – malious prosecutions - false imprisonments, violations of constitutional + civil Rights, Police interference of Rights for Police Assistance.

Request: Large compensation of $100 million Dollars