10 CV 2491

Sheila Robinson
   408 Leslie Street Apt 3
   Newark NJ  07112

                    V

Newark  Police
31 Green Street
Newark NJ  07102

2010 JUL 26  P 3:38
U.S. DISTRICT COURT

Date - 7-26-10
Amended Complaint -

CAUSE OF ACTION : Malicious Prosecution, Police conspiracy,
      Police vendetta -  Incidents Feb 23 2010, of Newark

Police's Arrest of me on complaints #2010 004697, and
2007 021508 in which changes where false, Malicious, and
Part of a Police vendetta-stalking, in which they malicious
Violated me by pulling my t-shirt up exposing me in front
of their co-workers. Im Amending complaint to include
incidents that occured 5-6-10 and 5-18-10, In which
Police Refused to Respond to my calls for assistance
in which I was aggravately Assaulted and Injured.
The Newark Police Are Purposly and VICIOUSLY
blocking any assistance of law-Enforcement to Assit
me violating my Rights to Equal Protection and Putting
my life in Danger.

                                    $800,000,00
                                      $
AMENDED Request for compensation: 800 million Pollars